IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNELL FERGUSON, | ) |
|     Plaintiff, | ) Case No. 18 C 6456 |
| v. | ) Judge Matthew F. Kennelly |
| CITY OF CHICAGO, DAVID SALGADO, Star No. 16347, XAVIER ELIZONDO, Star 1340; | ) |
|     Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Cornell Ferguson, by his attorney, Christopher Smith; Defendants, David Salgado, by his attorney, Whitney Hutchinson, Special Assistant Corporation Counsel; and Xavier Elizondo, by his attorney, Kenneth M. Battle, Special Assistant Corporation Counsel; and Defendant City of Chicago, by its attorney, Edward N. Siskel, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises orders as follows:

All of the claims of Plaintiff, Cornell Ferguson, against Defendants, City of Chicago, David Salgado and Xavier Elizondo, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTER: _[signature]_
The Honorable Matthew F. Kennelly
United States District Judge
DATE: 1/2/2019

Shneur Nathan
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603
(312) 612-2238, Attorney No. 6294495

Whitney Hutchinson
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark, Suite 1700
Chicago, Illinois 60603

Christopher Wallace
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603
(312) 612-2238, Attorney No. 6278655

(312) 580-1030, Attorney No.6303571

Kenneth M. Battle
Special Assistant Corporation Counsel
O'Connor & Battle, LLP
20 South Clark, Suite 1600
Chicago, Illinois 60602
(312) 786-4607, Attorney No. 6269381

Christopher Smith
Attorney for Plaintiff
53 W. Jackson, Suite 856
Chicago, IL 60604
(312) 432-0400, Attorney No. 6201953